IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**COASTAL MARINE CONTRACTORS, LLC**         **CIVIL ACTION NO. 2:16-cv-15423**

**VERSUS**

**DOUBLE AUGHT CONSTRUCTION, L.L.C.**

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Coastal Marine Contractors, LLC, and files this Complaint for damages, and avers upon information and belief as follows:

1.

This matter involves the recovery of unpaid invoices for vessel services that have been provided to the Defendant Double Aught Construction, L.L.C. This Court has subject matter jurisdiction over the instant proceedings because this matter is within the admiralty jurisdiction of the Court pursuant to 28 USC § 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Plaintiff Coastal Marine Contractors, LLC ("Coastal Marine") is and was at all times pertinent to the present action a limited liability company duly organized and existing under the laws of the State of Louisiana, and the owner of the M/V CAPT. TRAVIS.

3.

Upon information and belief, Double Aught Construction, L.L.C. ("Double Aught") was at all times pertinent to the present action a limited liability company organized under the laws of the State of Louisiana, with its principal place of business located at 2413 Cazalard Road, Belle

Chasse, Louisiana 70037, and who may be served through its registered agent for service of process, William W. Hanna, Jr., 20335 Sisters Road, Hammond, Louisiana 70403.

4.

Upon information and belief, Defendant Double Aught entered into a contract funded by FEMA for the Inner Harbor Canal Florida Avenue Bridge Northwest Fender Repairs Necessitated by Hurricane Katrina (Req. 059760 – W.O. 2-642) whereby Double Aught would provide labor, materials, and equipment for the repairs of the northwest fender system. Double Aught required the use of vessels to transport a crane barge to and from the project location.

5.

Coastal Marine entered into a contract with Double Aught to transport its crane barges.

6.

Beginning on September 10, 2013 and continuing through September 20, 2013, the M/V CAPT. TRAVIS provided transportation services to Double Aught in the amount of $23,830.64, as evidenced by the vessel logs and invoices concluding on October 15, 2013, attached hereto as Exhibit "A."

7.

After obtaining the services of the M/V CAPT. TRAVIS as reflected in the above-referenced invoices and vessel logs, Double Aught failed to pay the invoices.

8.

Coastal Marine has not been paid for the vessel transportation services provided to Double Aught.

9.

Double Aught is indebted to Coastal Marine for the services of the M/V CAPT. TRAVIS, as reflected in the invoices attached as Exhibit "A."

10.

Upon information and belief, the Defendant has received payment from FEMA for the repairs of the northwest fender system.

11.

Coastal Marine has made demand on Double Aught for payment of the invoices owed in a good faith effort to avoid litigation of this dispute.

12.

Coastal Marine has been impoverished by the numerous expenses and costs incurred as a result of providing the vessel to transport the barges without receiving payment for same.

13.

Pursuant to the terms of the invoices attached as Exhibit "A," Coastal Marine is entitled to interest on past due balances at the rate of 1.5% per month plus any and all collection fees, attorney's fees, and court costs incurred in the collection of said invoices including, but not limited to, the amounts set forth in paragraph 6 of this Complaint.

14.

Plaintiff further avers that this Complaint is allowed as notice and demand for payment under the Louisiana Open Accounts Statute (La. RS 9:2781); that the services rendered were provided on open account, and that if payment is not made within thirty (30) days that it is entitled to recover all costs of collection including reasonable attorney's fees.

WHEREFORE, Plaintiff Coastal Marine Contractors, LLC requests that Defendant Double Aught Construction, L.L.C. be cited to appear and answer, and that on final hearing Plaintiff have judgment for the following:

1. Damages in the principal sum of $23,830.64;

2. Pre-judgment interest as provided by law;

3. Post-judgment interest as provided by law;

4. Attorney's fees;

4. Costs of court; and

5. Such other and general relief to which Plaintiff may be justly entitled.

Respectfully submitted, this 11th day of October, 2016.

        COASTAL MARINE CONTRACTORS, LLC

        BY: SCIALDONE LAW FIRM, PLLC

        BY: */s/ John A. Scialdone*
        John A. Scialdone, T.A. (La Bar #21859)
        John S. Garner (La Bar #25314)
        Scialdone Law Firm, PLLC
        2505 14th Street, Suite 500
        Post Office Box 4080
        Gulfport, Mississippi 39502
        Phone: (228) 822-9340
        Fax: (228) 822-9343
        Email:   jscialdone@slfirmus.com
                  jgarner@slfirmus.com
        *Attorneys for Coastal Marine Contractors, LLC*