**Coastal Marine Contractors, LLC**
P.O. Box 1112
Slidell, LA 70459

# Invoice

| Date | Invoice # |
|---|---|
| 9/19/2013 | 21307901 |

Bill To
Double Aught Construction
PO Box 97
Hammond, LA 70404

| | |
|---|---|
| Phone # | 985-641-6243 |
| Fax # | 985-641-6223 |

| P.O. No. | Terms |
|---|---|
|  | Net 30 |

| Serviced | Description | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|---|
|  | To invoice for the services of the M/V Capt Travis and fuel working at your direction. | | | | |
| 9/10/2013 | Daily Log Attached | 1 | Day | 2,800.00 | 2,800.00 |
|  | Fuel Consumed | 203 | Gallons | 3.96 | 803.88 |
| 9/11/2013 | Daily Log Attached | 1 | Day | 2,800.00 | 2,800.00 |
|  | Fuel Consumed | 116 | Gallons | 3.96 | 459.36 |
| 9/12/2013 | Daily Log Attached | 1 | Day | 2,800.00 | 2,800.00 |
|  | Fuel Consumed | 82 | Gallons | 3.96 | 324.72 |
| 9/13/2013 | Daily Log Attached | 1 | Day | 2,800.00 | 2,800.00 |
|  | Fuel Consumed | 129 | Gallons | 3.96 | 510.84 |
| 9/14/2013 | Daily Log Attached | 1 | Day | 2,800.00 | 2,800.00 |
|  | Fuel Consumed | 229 | Gallons | 3.96 | 906.84 |

A 1.5% finance charge will be billed to all invoice balances over 30 days.

**Total** $17,005.64

EXHIBIT A

# COASTAL MARINE CONTRACTORS, LLC
P.O. BOX 1112
SLIDELL, LA 70459
PHONE (985) 641-6243
FAX (985) 641-6223

## DAILY SHIP'S LOG

DATE 9-10-13  20___
CREW: Robert Dupuy
       Zip

NAME OF VESSEL CAPT TRAVIS

| TIME | JOB | DATE | TIME | JOB | DATE |
|------|-----|------|------|-----|------|
| | JOB # 213075 | 9-10-13 | | | |
| 0001 | W/B ICW M-13 L/B | | | | |
| 0030 | ARR Double Aught C/B at FLA Bridge | | | | |
| 0600 | STBY | | | | |
| 0730 | Shift C/B KS 491 & DB 532 off | | | | |
| ---- | FLA Bridge | | | | |
| 0855 | Respot DB 532 on Bridge | | | | |
| 0945 | dept w C/B KS 431 | | | | |
| 1000 | ARR Seabrook RR Bridge stby C/A | | | | |
| 1015 | Secured | | | | |
| 1200 | STBY C/B KS 481 | | | | |
| 1800 | STBY C/B KS 431 | | | | |
| 2400 | STBY C/B KS 481 | 9-10-13 | | | |

REMARKS: Danny off 1600

FUEL used 203 GAL
WATER
OIL

(Signed) Master: Robert Dupuy

COASTAL MARINE CONTRACTORS, LLC
P.O. BOX 1112
SLIDELL, LA 70459
PHONE (985) 641-6243
FAX (985) 641-6223

DAILY SHIP'S LOG

DATE 2-11-13 20
CREW: Robert  Zip

NAME OF VESSEL CAPT TRAVIS

| TIME | JOB | DATE | TIME | JOB | DATE |
|---|---|---|---|---|---|
| 0001 | STBY C/B KS481 AT SEABROOK R.R. | 2-11-13 | | | |
| 0600 | STBY C/B KS 481 | | | | |
| 0900 | SHIFT C/B KS481 OUT OF BARGE | | | | |
| 1010 | SHIFT BACK TO BRIDGE | | | | |
| 1555 | SHIFT C/B KS 481 OUT OF BRIDGE | | | | |
| 1700 | SHIFT C/B KS481 IN TO BRIDGE | | | | |
| 1800 | STBY C/B KS 481 | | | | |
| 2400 | STBY C/B KS481 | 2-11-13 | | | |

REMARKS:

FUEL USED / 16 GAL.
WATER
OIL

(Signed) Master: Robert Zip

COASTAL MARINE CONTRACTORS, LLC
P.O. BOX 1112
SLIDELL, LA 70459
PHONE (985) 641-6243
FAX (985) 641-6223

DAILY SHIP'S LOG

DATE 9-12-13 20___
CREW: Robert, Zif

NAME OF VESSEL CAPT TRAVIS

| TIME | JOB | DATE | TIME | JOB | DATE |
|---|---|---|---|---|---|
| 0001 | STBY C/B KS481 AT SHAKROCK RR | 9-12-13 | | | |
| 0600 | STBY C/B KS481 | | | | |
| 0700 | SHIFT C/B KS 481 OUT OF Bridge | | | | |
| 1015 | SHIFT C/B KS 481 INTO Bridge | | | | |
| 1200 | STBY C/B KS 481 | | | | |
| 1600 | SHIFT C/B KS481 OUT OF Bridge | | | | |
| 1700 | SHIFT C/B KS 481 INTO Bridge | | | | |
| 1800 | STBY C/B KS481 | | | | |
| 2400 | STBY C/B KS481 | 9-12-13 | | | |

REMARKS:

FUEL USED BB GAL
WATER
OIL

(Signed) Master: Robert Zif

# COASTAL MARINE CONTRACTORS, LLC
P.O. BOX 1112
SLIDELL, LA 70459
PHONE (985) 641-6243
FAX (985) 641-6223

## DAILY SHIP'S LOG

DATE 9-13-13 20__
CREW: Robert, Zif

NAME OF VESSEL Capt. Travis

| TIME | JOB | DATE | TIME | JOB | DATE |
|------|-----|------|------|-----|------|
| 0000 | STBY C/B KS 481 AT SPERIPOAT RR | 9-13-13 | | | |
| 0200 | STBY C/B KS 481 | | | | |
| 0900 | SHIFT K/B KS 481 OUT OF Bridge | | | | |
| 1000 | SHIFT KS 481 INTO Bridge | | | | |
| 1200 | STBY C/B KS 481 | | | | |
| 1600 | SHIFT C/B KS 481 OUT OF Bridge | | | | |
| 1710 | SHIFT C/B KS 481 INTO Bridge | 9-15-13 | | | |
| 1800 | STBY C/B KS 481 | | | | |
| 2400 | STBY C/B KS 481 | | | | |

REMARKS:

FUEL used 129 Gal
WATER
OIL

(Signed) Master: _Robert _____

COASTAL MARINE CONTRACTORS, LLC  
P.O. BOX 1112  
SLIDELL, LA 70459  
PHONE (985) 641-6243  
FAX (985) 641-6223

## DAILY SHIP'S LOG

DATE 9-14-13 20  
CREW: Robert, Zip

NAME OF VESSEL CAPT TRAVIS

| TIME | JOB | DATE | TIME | JOB | DATE |
|------|-----|------|------|-----|------|
| 0001 | S/BY CB491 AT SEABROOK RR | 9-10-13 | | | |
| 0600 | S/BY CB491 | | | | |
| 0700 | dept w-CB M81 | | | | |
| 0800 | ARR Bayou Bienvenue Flood | | | | |
| —  | Gates w/ake M/Ts | | | | |
| 0845 | dept w-CB KS491 | | | | |
| ~~1100~~ | ~~the top pushboat took gate~~ | | | | |
| —  | M/fast | | | | |
| 1110 | ARR FLA AVE Bridge D/O C/B | | | | |
| —  | KS 491 | 9-14-13 | | | |
| 1140 | dept L/B | | | | |
| 1415 | ARR YARD #3 | | | | |
| 1432 | shutdown | | | | |

REMARKS:

FUEL USED @ 229 GAL  
WATER  
OIL

(Signed) Master: [signature]

**Coastal Marine Contractors, LLC**
P.O. Box 1112
Slidell, LA 70459



# Invoice

| Date | Invoice # |
|---|---|
| 10/15/2013 | 21308301 |

Bill To
Double Aught Construction
PO Box 97
Hammond, LA 70404

Phone # 985-641-6243

Fax # 985-641-6223

P.O. No.

Terms
Net 30

| Serviced | Description | Quantity | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 9/20/2013 | To invoice for the services of the M/V Capt Travis to transport your crane barge KS481 and DB582 from Florida Bridge to your yard and return to our yard #3. Please see attached log.<br><br>M/V Capt Travis | 19.5 | hours | 350.00 | 6,825.00 |

A 1.5% finance charge will be billed to all invoice balances over 30 days.

**Total** $6,825.00

# COASTAL MARINE CONTRACTORS, LLC

P.O. BOX 1112  
SLIDELL, LA 70459  
PHONE (985) 641-6243  
FAX (985) 641-6223

## DAILY SHIP'S LOG

DATE: 9-20-13 20  
CREW: Robert, Danny  
           Zip

NAME OF VESSEL: CAPT. TRAVIS

| TIME | JOB # 213033 | DATE | TIME | JOB | DATE |
|------|--------------|------|------|-----|------|
| 0500 | dept yard #3 NB | 9-20-13 | | | |
| 0600 | W/B clear Michoud Fixed Gates | | | | |
| 0745 | ARR FLA Bridge W/ CIBKS481 E | | | 19.5 hours $360 hour | |
| | OBS32 make tow Double Alight | | | | |
| — | Crew send pump water to DBS32 | | | 17.5 | |
| | to make coupling | | | | |
| 0900 | Finish Building Tow on lock Turn | | | $6,825.00 | |
| — | at MR locks #5 stby | | | | |
| 1100 | Enter " " | | | $6,125.00 | |
| 1135 | clear " " | | | | |
| 1145 | T/W SB LMR | | | | |
| 1215 | ARR Algiers locks #4 | | | | |
| 1450 | enter " " " | | | | |
| 1455 | clear " " " | | | | |
| 1740 | ARR Double Alight yard | | | | |
| — | S/P Tow & BREAK up | | | | |
| 1830 | dept WB | | | | |
| 1850 | ARR Algiers locks | | | | |
| 1915 | clear " " | | | | |
| 1945 | ARR Ind. Locks | | | | |
| 2000 | clear " " | | | | |
| 2230 | ARR yard #3 shutdown | 9-20-13 | | | |

REMARKS:

FUEL USED 130 GAL  
WATER  
OIL  

(Signed) Master: Robert Raby